UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD W. TAYLOR, JR.,<br>Plaintiff,<br>v.<br>MONICA DIAZ, et al.,<br>Defendants. | No. 1:26-cv-05196-KES-SAB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br>Doc. 8 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 10, 2026, the magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 8. The magistrate judge found Plaintiff failed to state a cognizable claim under § 1983 and recommended dismissal without leave to amend, as plaintiff's claims were barred as they challenged his underlying criminal proceeding and his state habeas proceedings. *Id.* at 4-5. The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. *Id.* at 5. Plaintiff filed objections on July 23, 2026. Doc. 10. In his objections, plaintiff argues that he may challenge in this § 1983 action the procedures in his state habeas proceedings. That is incorrect for the reasons set forth in the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on July 10, 2026 (Doc. 8) are ADOPTED in full.
2. This action is DISMISSED for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE